(2) Pages
SCOTT LYONS   SBN 103931
LOUIS LYONS   SBN 282499
ATTORNEY AT LAW
1010 West Main Street
Visalia, Ca 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:  
JENNIFER SILVA

Debtor(s)

Case No: 18-13252-A-13  
Chapter 13

DC No.: SL-2

Date: November 01, 2018  
Time: 9:00 a.m.  
Dept.: A  
Place: Courtroom 11, 5th Floor  
2500 Tulare St.  
Fresno, California 93721  
Judge: Honorable Fredrick E. Clement

**MOTION TO VALUE COLLATERAL OF SN SERVICING CORPORATION**

TO: SN SERVICING CORPORATION.

You are hereby notified that the debtor(s), under 11 U.S.C. section 506(a) and (d), Federal Rule of Bankruptcy Procedure 3012, General Order No. 05-03, as amended by General Order No. 06-01, paragraph 3(b), <u>Zimmer v. PSB Lending Corp. (In re Zimmer)</u>, 313 B.R. 1220 (9th Cir. 2002) and <u>Lam v. Investors Thrift (In re Lam)</u>, 221 B.R. 36, 40-41 (B.A.P. 9th Cir. 1997), will, and does, move this court for an order: 1) valuing the property described in the motion to value collateral attached to the debtor(s)' chapter 13 plan at the value in the motion; 2) determining that this creditor's claim is wholly unsecured; 3) treating this creditor's claim as an allowed general unsecured claim provided for under the chapter 13 plan. Absent a timely setting of hearing and a procedurally proper objection, the court may confirm the chapter 13 plan and grant the motion(s)

to value collateral and avoid lien(s) without a hearing. The chapter 13 plan and Schedule A are attached to the exhibits supporting this motion, and incorporated by reference into this motion.

WHEREFORE, the debtor(s) pray(s) that:

1) the court value the collateral of SN Servicing Corporation, at the amount set forth in the chapter 13 plan, and Schedule A;

2) the court determine that this creditor's claim is wholly unsecured

3) deem this creditor's claim is as an allowed general unsecured claim provided for under the chapter 13 plan; and

4) for any relief that this court deems just and proper.

Dated: 10-3-18

Scott Lyons, Attorney for Debtor(s)