(2) Pages
SCOTT LYONS    SBN 103931
LOUIS LYONS    SBN 282499
ATTORNEY AT LAW
1010 West Main Street
Visalia, Ca 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JENNIFER SILVA<br><br><br><br><br><br>         Debtor(s) | Case No: 18-13252-A-13<br>Chapter 13<br><br>DC No.: SL-2<br><br>Date:  November 01, 2018<br>Time:  9:00 a.m.<br>Dept.:  A<br>Place: Courtroom 11, 5th Floor<br>       2500 Tulare St.<br>       Fresno, California 93721<br>Judge: Honorable Fredrick E. Clement |

## DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO VALUE COLLATERAL OF SN SERVICING CORPORATION UNDER 11 U.S.C. § 506(a) AND (d)

I, Jennifer Silva, declare as follows:

1. I am the debtor in the above-captioned case. I make this declaration based upon my own personal knowledge, except as to those facts alleged upon information and belief. If called as a witness, I could and would testify as follows:

2. I own real property located at 1772 W. Julieann Ave. Porterville, CA 93257. The subject property is my primary residence.

3. I stated that my residence had a value of $255,825.00 at the time I filed my bankruptcy petition. I believed that the fair market value of my home was the amount listed on Schedule A, which is attached to this motion.

My assertion of value was based upon my personal knowledge as the homeowner and of sales of similar properties in my home city and neighborhood. However after an appraisal performed by a licensed real estate appraiser from Savery Appraisal Service, Inc. the present fair market value of my home is $248,000. A true and correct copy of the appraisal is attached as Exhibit A to this motion and is incorporated by reference to this declaration, to corroborate my assessment of my homes value.

4. As of the commencement of my case, the subject real property was encumbered by the following liens, listed in order of priority:

| Creditor | | Amount Owed |
|---|---|---|
| Bsi Financial Services | (1st Mortgage) | $ 306,068.00 |
| SN Servicing Corporation | (2nd Mortgage) | $ 78,275.56 |
| Total: | | $ 384,343.56 |

5. I am informed and believe that the second deed of trust is wholly unsecured in that the valued of our home is less than the debt owed on the first Mortgage

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration at Visalia, California.

Date: 10/3/17

Jennifer Silva

- 2 -